MICHAEL KUNEY, Appellant, v ANGIE CHRISTIAN et al., Respondents.

Submitted May 28, 2014; decided June 10, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3; CPLR 5602).